THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-107-RSL |
| Plaintiff, | |
| vs. | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| ANDY VONGDALA, | |
| Defendant. | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from May 16, 2025, to May 23, 2025.

DONE this 19th day of May 2025.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Andy Vongdala

ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE
(*United States. v. Vongdala*, CR24-107-RSL)- 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**