HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDY P. VONGDALA,<br><br>Defendant. | Cause No.  CR24-107 RSL<br><br>**ORDER CONTINUING TRIAL** |

THE COURT has considered Defendant Vongdala's motion for the continuation of his trial date from October 27, 2025.  Defense Counsel has indicated by way of his motion that he requires additional time to consult with his client and to prepare the case for trial.  The Government has indicated that it will not oppose this request.  The Court has indicated that it will be available on January 12, 2026 to try the case the parties have agreed to that date.  Based upon Defense Counsel's motion, the Court finds that the ends of justice will be served

ORDER CONTINUING TRIAL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

by ordering a continuance in this case, that a continuance is necessary to ensure Defense Counsel sufficient time for case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

THE COURT further finds that the period of time from the current trial date of October 27, 2025, until two weeks beyond the new trial date of January 12, 2026, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i) and (iv).

IT IS THEREFORE ORDERED that the trial date in this matter is continued to January 12, 2026, and the Pre-trial Motions due date is continued to December 8, 2025.

DONE this 4th day of September, 2025.

_____
HON. ROBERT S. LASNIK
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy_____
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

Gilbert H. Levy
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818