UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s),<br>v.<br>ANDY P. VONGDALA,<br>Defendant(s). | CASE NO. CR24-0107-KKE<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court previously extended the Government's deadline for filing oppositions to the pending pretrial motions to July 31, 2026. Dkt. No. 48. At the parties' request, the Court extends that deadline to August 5, 2026. Any replies shall be filed no later than August 17, 2026. The clerk is directed to RE-NOTE the pending motions (Dkt. Nos. 41, 42, 43) for August 17, 2026.

Dated this 31st day of July, 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk