UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s),<br>v.<br>ANDY P. VONGDALA,<br>Defendant(s). | CASE NO. CR24-0107-KKE<br>ORDER GRANTING LEAVE TO FILE AN OVERLENGTH RESPONSE BRIEF AND EXTENDING DEADLINE TO FILE REPLY BRIEFS |

Finding good cause, the Court GRANTS the Government's motion for leave to file an overlength response to Defendant's motion to suppress (Dkt. No. 43). Dkt. No. 53.

Defendant's counsel also contacted the Courtroom Deputy to request an extension of the deadline to file reply briefs as to his pending motions, and the Government does not oppose this extension. Finding good cause, the Court extends Defendant's deadline to file reply briefs to August 21, 2026. The clerk is directed to RE-NOTE the pending motions (Dkt. Nos. 41, 42, 43) for August 21, 2026.

Dated this 12th day of August, 2026.

Kymberly K. Evanson
United States District Judge