UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>ANDY P. VONGDALA,<br><br>Defendant(s). | CASE NO. CR24-0107-KKE<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY BRIEF |

Defendant requests leave to file an overlength reply brief, with respect to his motion to suppress evidence. Dkt. No. 56. The Court GRANTS the motion. Defendant may file a reply brief that does not exceed 3,100 words.

Dated this 20th day of August, 2026.

Kymberly K. Evanson
United States District Judge