UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s),<br>v.<br>ANDY P. VONGDALA,<br>Defendant(s). | CASE NO. CR24-0107-KKE<br><br>ORDER ON MISCELLANEOUS MOTIONS |

Defendant filed a motion to seal a motion for issuance of a trial subpoena. Dkt. No. 62. The Government did not oppose the motion. Because the motion for issuance of a trial subpoena discusses Defendant's theory of the case, the Court finds that it is appropriate to maintain the motion under seal. Accordingly, Defendant's unopposed motion (Dkt. No. 62) is GRANTED and the motion for issuance of a trial subpoena (Dkt. No. 63) shall remain under seal.

The Government filed a motion for leave to file an overlength opposition brief in response to Defendant's motions in limine. Dkt. No. 71. Finding good cause, the Court GRANTS this motion and will consider the overlength response filed.

Dated this 24th day of September, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge